# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| BYA International, LLC ) | ASBCA No. 58456 |
| ) | |
| Under Contract No. W5J9JE-10-D-0015 ) | |

APPEARANCES FOR THE APPELLANT:      Donald C. Holmes, Esq.
        Donald C. Holmes & Associates, P.A.
        Greensboro, MD

                                           Shawn C. Whittaker, Esq.
        Whittaker & Associates, P.C.
        Rockville, MD

APPEARANCES FOR THE GOVERNMENT:      Thomas H. Gourlay, Jr., Esq.
        Engineer Chief Trial Attorney
        James D. Stephens, Esq.
        Tania A. Wang, Esq.
        Engineer Trial Attorneys
        U.S. Army Engineer District, Middle East
        Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  20 April 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58456, Appeal of BYA International, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals